UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STANLEY HERBERT** | : | **CASE NO. C-1-00-855** |
| | : | **Magistrate Judge Hogan** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **MILFORD TOWING & SERVICE, INC.,** | : | NOTICE OF |
| et. al, | : | ATTORNEY FEES |
| | : | |
| Defendants. | : | |

Pursuant to this court's Trial Procedures, plaintiff submits his interim report on fees and expenses for legal services rendered in this case through September 11, 2003.

| **FEES** | Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| Robert F. Laufman | 211.6 | $315 | $66,654.00 |
| Jennifer Branch | 125.1 | $250 | $31,275.00 |
| Law clerks/paralegals | 87.0 | $65 | $ 5655.00 |
| | | | |
| Expenses to date | | | $ 2910.63 |
| | | | |
| *** Total Fee Request *** | | | $106,494.63 |

Respectfully submitted,

s/Robert F. Laufman
Robert F. Laufman, #0019699
Laufman & Gerhardstein
1409 Enquirer Building
617 Vine Street
Cincinnati, Ohio 45202
(513) 621-9100
FAX (513) 345-5543

**CERTICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2003, a copy of the foregoing Interim Request for Attorney Fees was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of this Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. Mail upon all parties for whom counsel has not yet entered an appearance.

s/Robert F. Laufman
Robert F. Laufman, #0019699
Laufman & Gerhardstein
1409 Enquirer Building
617 Vine Street
Cincinnati, Ohio 45202
(513) 621-9100
FAX (513) 345-5543