UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STANLEY HERBERT** | : | CASE NO. **C-1-00-855** |
| | : | |
| Plaintiff | : | MAGISTRATE **JUDGE HOGAN** |
| | : | |
| vs. | : | |
| | : | **DEFENDANTS' MOTION FOR LEAVE** |
| **MILFORD TOWING & SERVICE,** | : | **TO ADD THE AFFIRMATIVE** |
| **INC., et al.** | : | **DEFENSE OF FAILURE TO** |
| | : | **MITIGATE DAMAGES** |
| Defendants | : | |

Now come the Defendants, by and through counsel, and hereby request this Court leave under Federal Rule of Civil Procedure 15 to plead the affirmative defense of mitigation of damages. A memorandum in support of said motion follows herein.

RESPECTFULLY SUBMITTED,

/S/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Defendant
Milford Towing & Service, Inc.
2300 Kroger Building
1014 Vine Street
Cincinnati, OH 45202
Tele (513) 381-6600
Fax (513) 381-4150
E-Mail: mbyrne@jksmlaw.com

## MEMORANDUM

In preparation of the case, the Defendants have found that they have failed to plead an affirmative defense of failure to mitigate damages on behalf of the Plaintiff. A review of the Federal Rules of Civil Procedure indicates that such an affirmative defense is not one that is

identified specifically as an affirmative defense.  However, there is a catch all provision under

the Federal Rules which may require pleading the affirmative defense of failure to mitigate.

Thus, Defendants respectfully requests this Court leave to file the same.  A proposed

Supplemental Answer is attached hereto and incorporated by reference.

RESPECTFULLY SUBMITTED,


/S/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Defendant
Milford Towing & Service, Inc.
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tele  (513) 381-6600
Fax   (513) 381-4150
E-Mail:  mbyrne@jksmlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer Lynn Branch                          Robert Franklin Laufman
Laufman & Gerhardstein                        Laufman & Gerhardstein
Attorney for Plaintiff Stanley Herbert        Attorney for Plaintiff Stanley
Herbert
1409 Enquirer Building                        1409 Enquirer Building
617 Vine Street                               617 Vine Street
Cincinnati, OH  45202                         Cincinnati, OH  45202
Jbranch@laufgerhard.com                       rlaufman@laufgerhard.com

I also hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

James A. Hunt, Hunt
Nichols & Schwartz
Attorney for Defendant Quentin Klute
97 Main Street
Batavia, Ohio  45103


/S/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
Attorney for Defendant
Milford Towing & Service, Inc.