UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STANLEY HERBERT** | : | CASE NO. **C-1-00-855** |
| | : | |
| Plaintiff | : | MAGISTRATE **JUDGE HOGAN** |
| | : | |
| vs. | : | **DEFENDANTS' MOTION IN LIMINE** |
| | : | **TO EXCLUDE ALL EVIDENCE OF** |
| **MILFORD TOWING & SERVICE,** | : | **UNWANTED TOUCHING,** |
| INC., et al. | : | **GRABBING, ETC. BETWEEN** |
| | : | **PLAINTIFF AND DEFENDANT'S** |
| Defendants | : | **EMPLOYEES** |

Now come Defendants, by and through counsel, and hereby request this Court to exclude any and all evidence which would identify and describe any acts of unwanted touching, groping and/or goosing between Plaintiff and Defendant's employees. A memorandum in support of said motion follows herein.

RESPECTFULLY SUBMITTED,

/S/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Defendant
Milford Towing & Service, Inc.
2300 Kroger Building
1014 Vine Street
Cincinnati, OH 45202
Tele (513) 381-6600
Fax (513) 381-4150
E-Mail: mbyrne@jksmlaw.com

**MEMORANDUM**

In the proposed pretrial statement, Plaintiff has identified numerous documents that he intends to introduce as exhibits. These documents, although not exchanged, include numerous references to alleged grabbing, groping and/or goosing between Plaintiff and Defendant's

employees. The Court's order granting and denying in part Defendants' motion for summary judgment dismissed the sexual harassment claims filed by the Plaintiff. The Court also dismissed the negligent and intentional infliction of emotional distress. As such, the Court has held that any such evidence is irrelevant to the issues to be tried in the case herein. Therefore, Defendants respectfully request that any evidence relating to grabbing, unwanted touching, goosing, etc. be excluded from presentation to the jury. This request encompasses any references during voir dire, opening statement, during trial or closing statement relating to such matters.

                                            RESPECTFULLY SUBMITTED,

                                            /S/ Mark J. Byrne
                                            **MARK J. BYRNE - #0029243**
                                            JACOBS, KLEINMAN, SEIBEL & MCNALLY
                                            Attorney for Defendant
                                            Milford Towing & Service, Inc.
                                            2300 Kroger Building
                                            1014 Vine Street
                                            Cincinnati, OH  45202
                                            Tele  (513) 381-6600
                                            Fax   (513) 381-4150
                                            E-Mail:  mbyrne@jksmlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on October 8, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jennifer Lynn Branch | Robert Franklin Laufman |
| Laufman & Gerhardstein | Laufman & Gerhardstein |
| Attorney for Plaintiff Stanley Herbert | Attorney for Plaintiff Stanley Herbert |
| 1409 Enquirer Building | 1409 Enquirer Building |
| 617 Vine Street | 617 Vine Street |
| Cincinnati, OH  45202 | Cincinnati, OH  45202 |
| Jbranch@laufgerhard.com | rlaufman@laufgerhard.com |

   I also hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

James A. Hunt, Hunt
Nichols & Schwartz
Attorney for Defendant Quentin Klute
97 Main Street
Batavia, Ohio  45103

            /S/ Mark J. Byrne
            **MARK J. BYRNE - #0029243**
            Attorney for Defendant
            Milford Towing & Service, Inc.