UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

03 OCT -9 AM 9:50

STANLEY HERBERT : CASE NO. C-1-00-855

    Plaintiff : Judge Magistrate Hogan

vs. :

MILFORD TOWING & SERVICE, et al. : MOTION TO WITHDRAW AS COUNSEL

    Defendant :

Now comes Terrell B. Snyder, Attorney for Defendant and respectfully requests authority to withdraw as Counsel for Defendant, as Defendants have retained other counsel and are no longer in need of this counsel's services.

WHEREFORE, Counsel requests authority to withdraw forthwith.

*[signature]*
Terrell B. Snyder #0022208
Attorney for Defendant
196 E. Main Street, Ste. D
Batavia, OH 45103
(513)735-0300

### CERTIFICATE OF SERVICE

A copy of the within has been sent this 9th day of October, 2003, by U.S. regular mail to Robert F. Laufman, Esquire, 1409 Enquirer Bldg., 617 Vine Street, Cincinnati, OH 45202, by ordinary U.S. mail and via facsimile.

*[signature]*
Terrell B. Snyder #0022208

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STANLEY HERBERT : CASE NO. C-1-00-855

    Plaintiff : Judge Magistrate Hogan

vs. :

MILFORD TOWING & SERVICE, et al. : <u>ENTRY GRANTING MOTION TO WITHDRAW AS COUNSEL</u>

    Defendant :

Upon Motion and for good cause shown, Terrell B. Snyder is granted authority to withdraw as counsel for Defendant.

    IT IS SO ORDERED.

---

Judge Magistrate Hogan