UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STANLEY HERBERT** | : | CASE NO. C-1-00-855 |
| | : | |
| **Plaintiff,** | : | Magistrate Judge Hogan |
| | : | |
| vs. | : | |
| | : | |
| **MILFORD TOWING & SERVICE, INC.,** | : | |
| et. al, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Plaintiff's motion for an order instructing the United States Marshal to serve a subpoena on William Garner is granted. Pursuant to FCRP, the U.S. Marshal is directed to promptly effect service of a subpoena on William Garner. Plaintiff shall provide the Marshall with the proper subpoena.

Date   10/20/2003                                     s/Timothy S. Hogan
                                                      Timothy S. Hogan
                                                      United States Magistrate Judge