UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STANLEY HERBERT | : | CASE NO.: C-1-00-855 |
| | | (DISTRICT JUDGE WEBER) |
| PLAINTIFF | : | (MAGISTRATE JUDGE SHERMAN) |
| VS. | : | SUPPLEMENTAL ANSWERS TO PLAINTIFF'S |
| MILFORD TOWING & SERVICE, INC., et. al. | | INTERROGATORIES AND REQUEST TO PRODUCE |
| DEFENDANTS | : | SET NO. 1 |

Now come Defendants Quentin Klute and Milford Towing & Service, Inc. and for their supplemental answer to Plaintiff's interrogatory number 4, state additional lay witnesses:

4.
1. Gary Pauley, AAMCO, 1002 SR 28, Milford, Ohio   45150
2. Jim Jacobs, Jacob's Auto Service, 1404 SR 131, Milford, Ohio   45150
3. Rick Kellerman, Day Heights Auto Service, 1236 SR 131, Milford, Ohio 45150
4. Joe Smyth, Smyth Automotive, Inc., 1900 SR 131, Milford, Ohio   45150
5. Greg Hensley, Hensley & McCracken Investigations, 97 Main Street, Batavia, Ohio   45103
6. Jerry King, P.O. Box 507, 892 Lakeview Avenue, Burnside, Kentucky 42519

Exh B

All witnesses will testify as to facts regarding the retaliation claim and slander claim.

Respectfully submitted,

HUNT, NICHOLS & SCHWARTZ

_____
BY: JAMES A. HUNT         0004784
Trial Counsel for Defendant Klute
97 Main Street
Batavia, Ohio 45103
(513) 732-0770

_____
PETER J. STRASSER         0007655
Counsel for Defendant, Milford Towing, Inc.
Attorney at Law
200 East Main Street
Batavia, Ohio 45103
(513) 732-2889

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Robert F. Laufman and Jennifer L. Branch, Trial Counsel for Plaintiff, 1409 Enquirer Bldg., 617 Vine Street, Cincinnati, Ohio 45202 on this 1st day of August, 2002.

_____
Trial Attorney for Defendant Klute Milford Towing

2