AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

STANLEY HERBERT

V.

MILFORD TOWING & SERVICE, INC., ET. AL.

**SUBPOENA IN A CIVIL CASE**

Case Number: C-1-00-855

TO: CONSTRUCT-ALL
1250 Neale Lane
Loveland, Ohio 45140

☐ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Hunt, Nichols & Schwartz, 97 Main Street, Batavia, Ohio 45103 | October 22, 2003 |

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all documentation relating to any relationship by and between Construct-All and Stanley Herbert for the past five (5) years, including, but not limited to, employment records, invoices and/or billing statements, subcontracting and/or servicing agreements and/or records regarding maintenance of all vehicles owned by Construct-All.

| PLACE | DATE AND TIME |
|---|---|
| Hunt, Nichols & Schwartz, 97 Main Street, Batavia, Ohio 45103 | October 22, 2003 |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Plaintiff | 10/15/03 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
James A. Hunt, (0004784)
97 Main Street, Batavia, Ohio 45103

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

# Customer History

Store: 6005
Location: 1228 State Route 28 Milford, OH

1/01/2003 Through 10/16/2003

Page: 1
Date: 10/16/2003
Time: 11:04AM

Stan Herbert, 123456 LOVELAND, OH 45140

| Date | Tx No | SKU | Mfg Part No | Quantity | Amount |
|---|---|---|---|---|---|
| 5/14/03 | 6228 | 3278042 | PB286HD | 1 | $6.19 |
| 6/11/03 | 265 | 8130005 | 10W30QT | 6 | $5.28 |
| 6/11/03 | 265 | 5700493 | L30001 | 1 | $2.79 |
| 6/11/03 | 265 | 7040071 | A5000 | 2 | $3.96 |
| 6/11/03 | 265 | 7040326 | FEB1ST0921A | 1 | $1.77 |
| 6/11/03 | 265 | 5191351 | A70646 | 1 | $4.49 |
| 6/11/03 | 265 | 9013041 | A1705 | 1 | $9.99 |
| 6/11/03 | 265 | 5192951 | 1726301509 | 3 | $3.66 |
| 6/13/03 | 450 | 5676304 | YH141400 | 1 | $16.88 |
| 6/13/03 | 450 | 5676304 | YH141400 | 1 | $16.88 |
| 6/13/03 | 450 | 5290104 | 18699 | 1 | $19.98 |
| 7/27/03 | 6704 | 3610241 | MKD508 | 1 | $15.19 |
| 7/27/03 | 6704 | 3568059 | YH141908 | 2 | $32.18 |
| 7/27/03 | 6704 | 5060087 | 710K6 | 1 | $11.88 |
| 7/27/03 | 6704 | 5600510 | 51721408067 | 1 | $2.28 |

**Total Sales:** $153.40  **Total Refunds:** $0.00  **Net Total:** $153.40

* Totals do not include tax.

The information contained in this document is the privileged, confidential property of Advance Stores Company, Inc. ("Advance Auto"). Unless authorized by Advance Auto Parts, any dissemination, distribution or copying of this document or any information herein is strictly prohibited.

# Customer History

Store: 6005  
Location: 1228 State Route 28 Milford, OH  
1/01/2003 Through 10/16/2003  
Page: 1  
Date: 10/16/2003  
Time: 11:05AM

STAN HERBERT, 123456 Loveland, OH 45140

| Date | Tx No | SKU | Mfg Part No | Quantity | Amount |
|---|---|---|---|---|---|
| 5/22/03 | 7347 | 3650405 | H38183 | -1 | $-19.74 |
| 5/22/03 | 7347 | 5620449 | 184126 | 1 | $14.47 |
| 5/22/03 | 7347 | 95620449 | 184126 | 1 | $15.00 |
| 5/22/03 | 6753 | 95620449 | 184126 | -1 | $-15.00 |

**Total Sales:** $29.47     **Total Refunds:** $-34.74     **Net Total:** $-5.27

\* Totals do not include tax.

The information contained in this document is the priviledged, confidential property of Advance Stores Company, Inc. ("Advance Auto"). Unless authorized by Advance Auto Parts, any dissemination, distribution or copying of this document or any information herein is strictly prohibited.