UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STANLEY HERBERT, | : | Case No. C-1-00-855 |
| | : | |
| Plaintiff, | : | Magistrate Judge Hogan |
| | : | |
| vs. | : | |
| | : | NOTICE OF FILING RETURN |
| MILFORD TOWING & SERVICE, | : | OF SUBPOENAS OF CRUEY, |
| INC, et al. | : | GARNER AND JACOBS |
| | : | |
| Defendants. | | |

Take notice that Plaintiff has filed the attached return of service on Mark Cruey, William

Garner and Mike Jacobs.

Respectfully submitted,

s/Robert F. Laufman
Robert F. Laufman (0019699)
Jennifer Branch (0038893)
Trial Attorney for Plaintiff
Laufman & Gerhardstein
1409 Enquirer Building
617 Vine Street
Cincinnati, Ohio 45202
(513) 621-9100
Fax: (513) 345-5543

## <u>CERTICATE OF SERVICE</u>

I hereby certify that on this 20th day of October, 2003, a copy of the foregoing Plaintiff's Notice of filing of return of service was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of this Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. Mail upon all parties for whom counsel has not yet entered an appearance.

<u>s/Robert F. Laufman</u>
Robert F. Laufman, #0019699
Laufman & Gerhardstein
1409 Enquirer Building
617 Vine Street
Cincinnati, Ohio 45202
(513) 621-9100
FAX (513) 345-5543
