# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Ohio

ORIGINAL

Case Number: C-1-00-855

Plaintiff:
**Stanley Herbert**

vs.

Defendant:
**Milford Towing & Service, Inc., et al.**

For:
Robert Laufman
LAUFMAN & GERHARDSTEIN
617 Vine Street
Suite 1409
Cincinnati, OH 45202

Received by LEGAL EASE OF OHIO LLC on the 13th day of October, 2003 at 10:27 am to be served on **WILLIAM GARNER, 1368 Finch Lane, Mt. Repose, OH 45150**.

I, Becky Williams, do hereby affirm that on the **16th day of October, 2003** at **7:25 pm**, I:

**Delivered** the **Subpoena in a Civil Case, Attachment, Witness Fee** to the within named address.

Additional Information pertaining to this Service:
Spoke to Mr. Garner 10/14/03 6:45pm on the telephone. He stated he does not want to accept Subpoena. Attempted Service on 10/15/03 6:10pm, No Contact Made. Attempted Service 10/15/03 6:40Pm Spoke to Subject's Wife-She stated she didn't know when he would be home. 10/16/03 arrived at Subject's address-lights were on-by the time I approached the door, the lights were turned off and occupants refused to answer door. Left voicemail for subject stating Subpoena would be posted on front door. Posted Subpoena

I am over the age of 18 and have no interest in the above action.

*Becky Williams*
Becky Williams
Process Server

LEGAL EASE OF OHIO LLC
407 Vine Street
Suite 102
Cincinnati, OH 45202
(513) 621-1017
Our Job Serial Number: 2003001596

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Ohio |

| | |
|---|---|
| Stanley Herbert<br>Plaintiff | **SUBPOENA IN A CIVIL CASE** |
| V. | |
| Milford Towing & Service, Inc., et al.<br>Defendants | Case Number:[1]    C-1-00-855 |

TO: Mr. William Garner
1368 Finch Lane
Mount Repose, OH 45150

[X] **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Judge Hogan, Room 708 |
| | DATE AND TIME |
| | October 27, 2003 at 9:30 am |

[ ] **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[ ] **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

[ ] **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Robert F. Laufman* (signature)<br>Robert F. Laufman    Attorney for Plaintiff | 10-10-03 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

1409 Enquirer Building, 617 Vine Street
Cincinnati, Ohio 45202          Phone (513) 621-9100

[1] If action is pending in district other than district of issuance, state district under case number