# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Ohio



Case Number: C-1-00-855

Plaintiff:
**Stanley Herbert**

vs.

Defendant:
**Milford Towing & Service, Inc., et al.**

For:
Robert Laufman
LAUFMAN & GERHARDSTEIN
617 Vine Street
Suite 1409
Cincinnati, OH 45202

Received by LEGAL EASE OF OHIO LLC on the **13th** day of October, 2003 at **10:27 am** to be served on **MIKE JACOBS, 6651 Goshen Road, Goshen, OH 45122**.

I, Becky Williams, do hereby affirm that on the **15th day of October, 2003** at **4:20 pm**, I:

**Individually Served** the within named person with a true copy of the **Subpoena in a Civil Case, Attachment, Witness Fee** with the date and hour endorsed thereon by me, pursuant to state statutes.

I am over the age of 18 and have no interest in the above action.

*Becky Williams*
Becky Williams
Process Server

LEGAL EASE OF OHIO LLC
407 Vine Street
Suite 102
Cincinnati, OH 45202
(513) 621-1017
Our Job Serial Number: 2003001595

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    Ohio

Stanley Herbert
Plaintiff

v.

Milford Towing & Service, Inc., et al.
Defendants

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]    C-1-00-855

TO: Mr. Mike Jacobs
6651 Goshen Road
Goshen, OH 45122

[X] YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Judge Hogan, Room 708 |
| | DATE AND TIME |
| | October 27, 2003 at 9:30 am |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    DATE

*Robert F. Laufman* (signature)
Robert F. Laufman    Attorney for Plaintiff    10/10/03

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

1409 Enquirer Building, 617 Vine Street
Cincinnati, Ohio 45202    Phone (513) 621-9100

[1] If action is pending in district other than district of issuance, state district under case number.