UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STANLEY HERBERT** | : | Case No. C-1-00-855 |
| | : | |
| Plaintiff, | : | Magistrate Judge Hogan |
| | : | |
| v. | : | **PLAINTIFF'S RESPONSE TO** |
| | : | **DEFENDANTS' RESPONSE TO** |
| **MILFORD TOWING & SERVICE, et al.** | : | **PLAINTIFF'S MOTION IN LIMINE** |
| | : | **ON PRIOR CONVICTIONS** |
| Defendants. | : | |

Defendants in their opposition (Doc. 60) to plaintiff's motion in limine to exclude prior convictions (Doc. 60) argue that his misdemeanor convictions are relevant to his claim of defamation. Plaintiff has advised defendants that he is dismissing his claim of defamation. Therefore Plaintiff's convictions of misdemeanors are no longer relevant. Even if there is relevance the dangers expressed in Rule 403 substantially outweigh any probative value.

## CONCLUSION

Defendants should be prohibited from mentioning plaintiff's convictions in voir dire, opening statements or questioning plaintiff about these convictions or introducing exhibits pertaining to this subject.

Respectfully submitted,

s/Robert F. Laufman
Robert F. Laufman (0019699)
Jennifer Branch (0038893)
Trial Attorney for Plaintiff
Laufman & Gerhardstein
1409 Enquirer Building
617 Vine Street
Cincinnati, Ohio 45202
(513) 621-9100
Fax: (513) 345-5543

**CERTICATE OF SERVICE**

      I hereby certify that on this 21st day of October, 2003, a copy of the foregoing Plaintiff's Response to Defendants' Response to Plaintiff's Motion in Limine on Prior Convictions was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of this Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. Mail upon all parties for whom counsel has not yet entered an appearance.

                                                    s/Robert F. Laufman
                                                  Robert F. Laufman, #0019699
                                                  Laufman & Gerhardstein
                                                  1409 Enquirer Building
                                                  617 Vine Street
                                                  Cincinnati, Ohio 45202
                                                  (513) 621-9100
                                                  FAX (513) 345-5543