UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STANLEY HERBERT** | : | CASE NO. **C-1-00-855** |
| | : | |
| Plaintiff | : | MAGISTRATE **JUDGE HOGAN** |
| | : | |
| vs. | : | |
| | : | **NOTICE OF FILING OF** |
| **MILFORD TOWING & SERVICE,** | : | **DEFENDANTS' REVISED** |
| INC., et al. | : | **EXHIBIT LIST** |
| | : | |
| Defendants | : | |

Now come Defendants, by and through counsel, and hereby submit the following revised exhibit list for preparation of trial in the above-captioned matter.

RESPECTFULLY SUBMITTED,

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Defendant
Milford Towing & Service, Inc.
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tele  (513) 381-6600
Fax   (513) 381-4150
E-Mail:  mbyrne@jksmlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jennifer Lynn Branch | Robert Franklin Laufman |
| Laufman & Gerhardstein | Laufman & Gerhardstein |
| Attorney for Plaintiff Stanley Herbert | Attorney for Plaintiff Stanley Herbert |
| 1409 Enquirer Building | 1409 Enquirer Building |
| 617 Vine Street | 617 Vine Street |
| Cincinnati, OH 45202 | Cincinnati, OH 45202 |
| Jbranch@laufgerhard.com | rlaufman@laufgerhard.com |

James A. Hunt, Hunt
Hunt, Nichols & Schwartz
Attorney for Defendant Quentin Klute
97 Main Street
Batavia, Ohio 45103
jimhunt@zoomtown.com

 

                                        /s/ Mark J. Byrne
                                        **MARK J. BYRNE - #0029243**
                                        Attorney for Defendant
                                        Milford Towing & Service, Inc.