UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STANLEY HERBERT** | : | **DEFENDANTS' REVISED** |
| | : | **EXHIBIT LIST** |
| Plaintiff | : | |
| | : | **CASE NO. C-1-00-855** |
| vs. | : | |
| | : | |
| **MILFORD TOWING & SERVICE,** | : | |
| **INC., et al.** | : | |
| | : | |
| Defendants | : | |

| Presiding Judge | Plaintiff Attorney | Defendants Attorneys |
|---|---|---|
| Herman J. Weber | Robert Laufman | Mark J. Byrne |
| | | James A. Hunt |
| | | Peter Strasser |

| Trial Date | Court Reporter | Courtroom Clerk |
|---|---|---|
| 10/27/03 | | |

| Pltf. No. | Deft. No. | Date Used | Date Offered | Obj. | Adm. | Description of Exhibit |
|---|---|---|---|---|---|---|
| | A | | | | | Federal 5-in-1 Law Posters |
| | B | | | | | Affidavit of Sara Baird |
| | C | | | | | Affidavit of Mark Cruey |
| | D | | | | | Affidavit of Bill Garner |
| | E | | | | | Starting Time Records for Stanley Herbert |
| | F | | | | | 4/27/99 Memo regarding attendance/ tardiness |
| | G | | | | | Milford Towing & Service Doc. #071727 |
| | H | | | | | Flat rate record for Stanley Herbert |

|   | I |   |   |   |   | Milford Towing & Service Order 3010 |
|---|---|---|---|---|---|---|
|   | J |   |   |   |   | Milford Towing & Service Order 3014 |
|   | K |   |   |   |   | Declaration of Stanley Herbert |

RESPECTFULLY SUBMITTED,

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Defendant
Milford Towing & Service, Inc.
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tele  (513) 381-6600
Fax   (513) 381-4150
E-Mail:  mbyrne@jksmlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on October 22, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jennifer Lynn Branch<br>Laufman & Gerhardstein<br>Attorney for Plaintiff Stanley Herbert Herbert<br>1409 Enquirer Building<br>617 Vine Street<br>Cincinnati, OH  45202<br>Jbranch@laufgerhard.com | Robert Franklin Laufman<br>Laufman & Gerhardstein<br>Attorney for Plaintiff Stanley<br>1409 Enquirer Building<br>617 Vine Street<br>Cincinnati, OH  45202<br>rlaufman@laufgerhard.com |

James A. Hunt, Hunt
Hunt, Nichols & Schwartz
Attorney for Defendant Quentin Klute
97 Main Street
Batavia, Ohio  45103
jimhunt@zoomtown.com

                                          /s/ Mark J. Byrne
                                          **MARK J. BYRNE - #0029243**
                                            Attorney for Defendant
                                            Milford Towing & Service, Inc.