UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STANLEY HERBERT** | : | CASE NO. **C-1-00-855** |
| Plaintiff | : | MAGISTRATE **JUDGE HOGAN** |
| vs. | : | |
| **MILFORD TOWING & SERVICE, INC., et al.** | : | **NOTICE OF FILING OF DEFENDANTS' REVISED WITNESS LIST** |
| Defendants | : | |

Now come Defendants, by and through counsel, and hereby submit the following revised witness list for preparation of trial in the above-captioned matter.

RESPECTFULLY SUBMITTED,

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Defendant
Milford Towing & Service, Inc.
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tele  (513) 381-6600
Fax   (513) 381-4150
E-Mail:  mbyrne@jksmlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on October 22, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jennifer Lynn Branch<br>Laufman & Gerhardstein<br>Attorney for Plaintiff Stanley Herbert<br>1409 Enquirer Building<br>617 Vine Street<br>Cincinnati, OH  45202<br>Jbranch@laufgerhard.com | Robert Franklin Laufman<br>Laufman & Gerhardstein<br>Attorney for Plaintiff Stanley Herbert<br>1409 Enquirer Building<br>617 Vine Street<br>Cincinnati, OH  45202<br>rlaufman@laufgerhard.com |

James A. Hunt, Hunt
Hunt, Nichols & Schwartz
Attorney for Defendant Quentin Klute
97 Main Street
Batavia, Ohio  45103
jimhunt@zoomtown.com

                                              /s/ Mark J. Byrne
                                              **MARK J. BYRNE - #0029243**
                                              Attorney for Defendant
                                              Milford Towing & Service, Inc.