UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STANLEY HERBERT** | : | CASE NO. **C-1-00-855** |
| | : | |
| Plaintiff | : | MAGISTRATE **JUDGE HOGAN** |
| | : | |
| vs. | : | |
| | : | |
| **MILFORD TOWING & SERVICE,** | : | **DEFENDANTS' REVISED** |
| INC., et al. | : | **WITNESS LIST** |
| | : | |
| Defendants | : | |

Defendants will call or have available the following witnesses at trial:

1. Gary Pauley
2. Jim Jacobs
3. Rick Kellerman
4. Joe Smyth
5. Greg Hensley
6. Jerry King
7. Amy Klute
8. Wilma Sue Trammel
9. Francis Baird
10. Ed Woods
11. Donald Trammel

RESPECTFULLY SUBMITTED,

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Defendant
Milford Towing & Service, Inc.
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tele  (513) 381-6600
Fax   (513) 381-4150
E-Mail:  mbyrne@jksmlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jennifer Lynn Branch<br>Laufman & Gerhardstein<br>Attorney for Plaintiff Stanley Herbert Herbert<br>1409 Enquirer Building<br>617 Vine Street<br>Cincinnati, OH  45202<br>Jbranch@laufgerhard.com | Robert Franklin Laufman<br>Laufman & Gerhardstein<br>Attorney for Plaintiff Stanley<br>1409 Enquirer Building<br>617 Vine Street<br>Cincinnati, OH  45202<br>rlaufman@laufgerhard.com |

James A. Hunt, Hunt
Hunt, Nichols & Schwartz
Attorney for Defendant Quentin Klute
97 Main Street
Batavia, Ohio  45103
jimhunt@zoomtown.com

 

                                          /s/ Mark J. Byrne
                                          **MARK J. BYRNE - #0029243**
                                          Attorney for Defendant
                                          Milford Towing & Service, Inc.