UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STANLEY HERBERT** | : | CASE NO. **C-1-00-855** |
| | : | |
| Plaintiff | : | MAGISTRATE **JUDGE HOGAN** |
| | : | |
| vs. | : | |
| | : | **NOTICE OF FILING OF** |
| **MILFORD TOWING & SERVICE,** | : | **DEFENDANTS' SECOND** |
| INC., et al. | : | **REVISED WITNESS LIST** |
| | : | |
| Defendants | : | |

Now come Defendants, by and through counsel, and hereby submit the following second revised witness list for preparation of trial in the above-captioned matter.

RESPECTFULLY SUBMITTED,

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Defendant
Milford Towing & Service, Inc.
2300 Kroger Building
1014 Vine Street
Cincinnati, OH  45202
Tele  (513) 381-6600
Fax   (513) 381-4150
E-Mail:  mbyrne@jksmlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on October 22, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer Lynn Branch
Laufman & Gerhardstein
Attorney for Plaintiff Stanley Herbert
1409 Enquirer Building
617 Vine Street
Cincinnati, OH  45202
Jbranch@laufgerhard.com

Robert Franklin Laufman
Laufman & Gerhardstein
Attorney for Plaintiff Stanley Herbert
1409 Enquirer Building
617 Vine Street
Cincinnati, OH  45202
rlaufman@laufgerhard.com

James A. Hunt, Hunt
Hunt, Nichols & Schwartz
Attorney for Defendant Quentin Klute
97 Main Street
Batavia, Ohio  45103
jimhunt@zoomtown.com

 

/s/ Mark J. Byrne
**MARK J. BYRNE - #0029243**
Attorney for Defendant
Milford Towing & Service, Inc.