UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STANLEY HERBERT | : | CASE NO. C-1-00-855 |
| Plaintiff, | : | Magistrate Judge Hogan |
| vs. | : | |
| | : | **PLAINTIFF'S MOTION TO** |
| MILFORD TOWING & SERVICE, INC., | : | **FILE SUPPLEMENTAL** |
| et. al, | : | **MEMORANDUM** |
| Defendants. | : | |

Plaintiff moves to file a supplemental memorandum of law in response to Defendants' Reply Memorandum (Doc. 63).

Defendants' Reply Memorandum in support of excluding evidence relating to plaintiff's emotional distress, his visits to Clermont County Clinic and testimony of Jennifer Wilhem (Doc. 63) raises a new issue that was not included in their motion in limine (Doc. 49). On page 2 of their reply, defendants argue that "Jennifer Wilhem is not a witness who has been identified as an expert who can testify pursuant to Fed.R.Civ.P. 26."

Plaintiff has not been accorded an opportunity to respond to this issue and seeks to file the attached Supplemental Memorandum.

                                                                                                 Respectfully submitted,

                                                                                                 s/Robert F. Laufman
                                                                                                 Robert F. Laufman (0019699)
                                                                                                 Jennifer Branch (0038893)
                                                                                                 Trial Attorney for Plaintiff
                                                                                                 Laufman & Gerhardstein
                                                                                                 1409 Enquirer Building
                                                                                                 617 Vine Street
                                                                                                 Cincinnati, Ohio 45202
                                                                                                 (513) 621-9100
                                                                                                 Fax: (513) 345-5543

## CERTICATE OF SERVICE

      I hereby certify that on this 22nd day of October, 2003, a copy of the foregoing Plaintiff's Motion to File Supplemental Memorandum was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of this Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. Mail upon all parties for whom counsel has not yet entered an appearance.

      s/Robert F. Laufman
Robert F. Laufman, #0019699
Laufman & Gerhardstein
1409 Enquirer Building
617 Vine Street
Cincinnati, Ohio 45202
(513) 621-9100
FAX (513) 345-5543