UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STANLEY HERBERT** | : | **CASE NO. C-1-00-855** |
| | : | |
| Plaintiff, | : | Magistrate Judge Hogan |
| | : | |
| vs. | : | |
| | : | |
| **MILFORD TOWING & SERVICE, INC.,** | : | **STIPULATION OF DISMISSL** |
| et. al, | : | **OF PLAINTIFF'S CLAIM OF** |
| | : | **DEFAMATION** |
| Defendants. | : | |

Pursuant to Civil Rule 41(a)(1)(ii), the parties to this action, by their undersigned counsel, hereby stipulate that Plaintiff's claim of defamation shall be dismissed with prejudice. Plaintiff's remaining claims are not dismissed.

                                                                                           Respectfully submitted,

                                                                                           <u>s/Robert F. Laufman</u>
                                                                                           Robert F. Laufman (0019699)
                                                                                           Jennifer Branch (0038893)
                                                                                           Trial Attorney for Plaintiff
                                                                                           Laufman & Gerhardstein
                                                                                           1409 Enquirer Building
                                                                                           617 Vine Street
                                                                                           Cincinnati, Ohio 45202
                                                                                           (513) 621-9100
                                                                                           Fax: (513) 345-5543

/s/ Mark J. Byrne
MARK J. BYRNE - #0029243
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Attorney for Defendant
Milford Towing & Service, Inc.
2300 Kroger Building 1014 Vine Street Cincinnati, OH 45202 Tele (513) 381-6600 Fax (513) 381-4150
E-Mail: mbyrne@jksmlaw.com

s/James Allen Hunt
James Allen Hunt
Rosenhoffer, Nichols & Schwartz
Attorney for Quentin Klute
97 Main Street
Batavia, OH 45103
513-732-0770

## CERTICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2003, a copy of the foregoing Stipulation of Dismissal of Plaintiff's Defamation Claim was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of this Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing has been served by ordinary U.S. Mail upon all parties for whom counsel has not yet entered an appearance.

s/Robert F. Laufman
Robert F. Laufman, #0019699
Laufman & Gerhardstein
1409 Enquirer Building
617 Vine Street
Cincinnati, Ohio 45202
(513) 621-9100
FAX (513) 345-5543