UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STANLEY HERBERT : CASE NO. C-1-00-855

    Plaintiff : Judge Magistrate Hogan

vs. :

MILFORD TOWING & SERVICE, et al. : ENTRY GRANTING MOTION TO
WITHDRAW AS COUNSEL

    Defendant :

Upon Motion and for good cause shown, Terrell B. Snyder is granted authority to withdraw as counsel for Defendant.

IT IS SO ORDERED.

_____
Judge Magistrate Hogan