IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stanley Herbert,
    Plaintiff,

                                      Case Number: C-1-00-855
                                      (Hogan, MJ)

vs.

Milford Towing and Service, Inc., et al.,
    Defendants.

ORDER

    Meals were provided for Jurors while deliberating in the above captioned case. The cost of this expenditure shall be paid by the Clerk for the United States District Court for the Southern District of Ohio.

    It is so Ordered, this 30th day of October, 2003.

                                              s/Timothy S. Hogan
                                            TIMOTHY S. HOGAN
                                            U.S. Magistrate Judge