# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Stanley Herbert,
      Plaintiff,

    v.                                            Case No. C-1-00-855
                                                  (Hogan, M.J.)

Milford Towing & Service, Inc., et al.,
      Defendants.

## ORDER

      Pursuant to putting the Parties' objections to the Jury Instructions before the Court Reporter on October 30, 2003, the Parties have notified this Court of a settlement.

      It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

      The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.


Date   10/31/2003                                              s/Timothy S. Hogan
bac     October 31, 2003                                    TIMOTHY S. HOGAN
                                                              United States Magistrate Judge